UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHLON HONSINGER,

    Plaintiff,

v.

OFFICER BUNK,

    Defendant.

Case No. 09-cv-1272-MJP

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the governing law and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. Plaintiff filed no objections.

(2) Plaintiff's § 1983 complaint, Dkt. No. 4, and this action are DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 29th day of June, 2010.

    Marsha J. Pechman
    United States District Judge

ORDER OF DISMISSAL
PAGE - 1